UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP BLACKWOOD,<br><br>                    Plaintiff,<br><br>-against-<br><br>2 SECURITY GUARDS AT FOOD BIZAR;<br>MOUNT VERNON POLICE,<br><br>                    Defendants. | 22-CV-3447 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 28, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an updated prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 28, 2022
             New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge